No. 372. EL PUEBLO v. STRAZARA ET AL.—Apelación procedente de la Corte de Distrito de San Juan.  Resuelto en octubre 10, 1911.  Confirmada la sentencia apelada. ' Abogado de los apelantes: *Sr. Pedro González.*  Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*

---

No. 735. HERNÁNDEZ v. AMERICAN RAILROAD CO. OF PORTO RICO.—Apelación procedente de la Corte de Distrito de Mayagüez.  Moción para 'que se desestime la apelación.  Resuelto en octubre 10, 1911.  Denegada la moción por los fundamentos de la resolución en el caso número 734 *García* v. *American Railroad Co. of Porto Rico,* resuelto en octubre 10, 1911.  Abogado del promovente: *Sr. José Benet.*  Abogados de la parte contraria: *Sres. N. B. K. Pettingill y Fernando Vázquez.*

---

No. 758. CAMERÓN ET AL v. RICHARD ET AL.—Apelación procedente de la Corte de Distrito de Arecibo.  Moción para que se desestime la apelación.  Resuelto en octubre 12, 1911.  Desistida la apelación por incumplimiento del artículo 299 del Código de Enjuiciamiento Civil enmendado por ley de marzo 9, 1911.  Abogado de los promoventes: *Sr. Domingo Massari.*  Abogado de la parte contraria: *Sr. Cayetano Coll y Cuchí.*

---

No. 759. CORTÉS HERMANOS & Co. v. PADRÓ ET AL.—Apelación procedente de la Corte de Distrito de Arecibo.  Resuelto en octubre 12, 1911.  Desestimada la apelación por incumplimiento del artículo 299 del Código de Enjuiciamiento Civil enmendado por ley de marzo 9, 1911.  Abogado de los promoventes: *Sr. Domingo Massari.*  Abogado de la parte contraria: *Sr. Frank Antonsanti.*